

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00366-CR

Christopher Tudor **CISNEROS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 516540
Honorable Genie Wright, Judge Presiding

# O R D E R

The trial court has filed an amended certification stating that defendant has the right of appeal. Accordingly, we **reinstate** this appeal and retain it on the docket of the court. Appellant's brief is due **August 11, 2016**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court